NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEVIN R. WILLIAMS, SR.,**
*Petitioner*

**v.**

**SELECTIVE SERVICE SYSTEM,**
*Respondent*

---

2024-1735

---

Petition for review of the Merit Systems Protection Board in No. DC-0432-22-0318-I-2.

---

**JUDGMENT**

---

STEPHANIE RAPP-TULLY, Tully Rinckey PLLC, Washington, DC, argued for petitioner.

MATTHEW JUDE CARHART, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, ALBERT S. IAROSSI, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, PROST, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 6, 2026
Date

Jarrett B. Perlow
Clerk of Court